UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARIN MICHAEL MOORE,<br><br>Defendant. | Case No. 2:18-cr-00101-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Assistant Federal Public Defender, Paul D. Riddle's Motion to Withdraw as Counsel (ECF No. 19), filed July 16, 2018. Counsel has shown good cause for the Court to grant his withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Assistant Federal Public Defender, Paul D. Riddle's Motion to Withdraw as Counsel (ECF No. 19) is **granted**.

**IT IS FURTHER ORDERED** that this matter is referred to the Criminal Justice Panel for appointment of counsel. Appointed counsel shall enter an appearance by **August 3, 2018**.

Dated this 17th day of July, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE