**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No.: 2:18-cr-00101-JAD-GWF |
| Plaintiff | |
| v. | **Order Striking Letter Request** |
| Arin Moore, | ECF No. 37 |
| Defendant | |

Arin Moore, a criminal defendant represented by counsel, has filed a letter requesting that I order the BOP to give him time credit while he was in federal custody pending his sentencing.[1] Moore is advised that the court does not respond to letters or take action in response to letters. Requests for relief must be made by motion,[2] and Moore cannot personally file motions at this time because the docket reflects that he is represented by counsel, Lisa Rasmussen, Esq.  As this district's Local Rule 11-6(a) explains, "[a] party who has appeared by attorney cannot while so represented appear or act in the case.  This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."[3]  So if Moore believes that relief is necessary, he must ask his attorney to bring a motion for relief on his behalf.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is instructed to STRIKE Moore's letter [ECF No. 37] from the docket because it violates the local rule prohibiting

---

[1] ECF No. 37.

[2] Fed. R. Cr. Proc. 12(b).

[3] L.R. IA 11-6(a).

represented criminal defendants from filing documents with the court. Defense counsel Lisa Rasmussen, Esq., is directed to provide a copy of this order to Moore.

DATED: June 2, 2022.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE